UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   THE BROWNING SCHOOL,

                           Plaintiff,

                       20 Civ. 9084 (LGS)

            -against-

                       ORDER

   HALLFORD, et al.,

                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was held on January 7, 2021, during which Plaintiff's anticipated motion to dismiss Defendant Criston Cicala's counterclaims (Dkt. No. 19) and Mr. Cicala's anticipated motion to dismiss Defendant Tate Hallford's cross claims (Dkt. No. 26) were discussed. For the reasons stated during the conference, it is hereby

**ORDERED** that discovery related to Mr. Cicala's counterclaims of unjust enrichment is **STAYED**.

Dated: January 7, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE