```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE BROWNING SCHOOL,                            :
                                                :        20-CV-9084 (LGS) (RWL)
                           Plaintiff,           :
                                                :
           - against -                          :        ORDER
                                                :
TATE HALLFORD, et al.,                          :
                                                :
                           Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Defendant Hallford's application for attorneys' fees. If Defendant Cicala intends to submit a response, he shall do so no later than May 25, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.